# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3001**                          **September Term, 2022**

1:22-sc-02144-BAH

**Filed On: January 5, 2023**

In re: Sealed Case

      **BEFORE:**   Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending appeal, it is

**ORDERED** that the district court's December 28, 2022 order be administratively stayed pending further order of the court insofar as the order denied appellant's motion to withhold records. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that appellee file a response to the emergency motion for stay by 4:00 p.m. on Monday, January 9, 2023. Any reply is due by 4:00 p.m. on Thursday, January 12, 2023.

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                BY:    /s/
                                               Scott H. Atchue
                                               Deputy Clerk