# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3001**     **September Term, 2022**

**1:22-sc-02144-BAH**

**Filed On: January 27, 2023**

In re: Sealed Case

**BEFORE:** Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellant's motion to allow access to the sealed record, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. today, Friday, January 27, 2023.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                  BY:    /s/
                              Scott H. Atchue
                              Deputy Clerk