# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3001**                                    **September Term, 2022**

**1:22-sc-02144-BAH**

**Filed On:** February 7, 2023

In re: Sealed Case,

**BEFORE:**     Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion filed by the Reporters Committee for Freedom of the Press to unseal the record and hold a public oral argument, it is

**ORDERED** that the appellant and the government file responses to the motion by 4:00 p.m. on Friday, February 10, 2023.  The Reporters Committee for Freedom of the Press may file a reply by 4:00 p.m. on Wednesday, February 15, 2023.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Michael C. McGrail
Deputy Clerk