# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3001**                         **September Term, 2022**

**1:22-sc-02144-BAH**

**Filed On: February 23, 2023** [1987231]

In re: Sealed Case,

       **BEFORE:**     Circuit Judges Henderson, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, February 23, 2023 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court, in both public and closed sessions, by:

    Party 1, counsel for Appellant.

    Party 2, counsel for Appellee.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                         BY:     /s/
                                                      Anne A. Rothenberger
                                                      Deputy Clerk