# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 23-3001                                                                                    September Term, 2023

1:22-sc-02144-BAH

**Filed On:** September 5, 2023

In re: Sealed Case,

      **BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of appellant's motion to allow access to the sealed record by designated persons in the Office of the General Counsel for the U.S. House of Representatives ("General Counsel"), the opposition thereto, and the reply; appellee's motion to file a surreply, and the lodged surreply; the motion of the General Counsel for access to sealed materials and for leave to share sealed materials with the Bipartisan Legal Advisory Group; the motion filed by the Reporters Committee for Freedom of the Press to unseal judicial records, the responses thereto, and the reply; and the motion filed by appellant for leave to file an *ex parte* supplement, and the lodged *ex parte* supplement, it is

**ORDERED** that the motion for leave to file an *ex parte* supplement be granted. The Clerk is directed to file the lodged *ex parte* supplement. It is

**FURTHER ORDERED** that the motion to unseal judicial records be denied with respect to appellant's *ex parte* supplement. It is

**FURTHER ORDERED** that consideration of the motion to unseal judicial records otherwise be deferred pending further order of the court. It is

**FURTHER ORDERED,** on the court's own motion, that the parties are directed to show cause by September 19, 2023, why the sealed portions of the record of this case, excepting appellant's *ex parte* supplement, should not be unsealed. The parties are strongly encouraged to submit a joint response. In the event the parties conclude that the record or any portion of it should remain under seal, the parties are directed to identify the proposed redactions and provide an explanation for each proposed redaction. The response(s) may not exceed 2,600 words. It is

**FURTHER ORDERED** that the motions to allow access to sealed materials and the motion for leave to file a surreply be dismissed as moot.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:    /s/
                Daniel J. Reidy
                Deputy Clerk