# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3001**  **September Term, 2023**

**1:22-sc-02144-BAH**

**Filed On:** September 13, 2023

In re: Sealed Case,

**BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause why the opinion filed under seal on September 5, 2023, should not be unsealed, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the opinion filed under seal on September 5, 2023, be unsealed. The Clerk is directed to unseal the opinion and release it publicly.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk