# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-3001**　　　　　　　　　　　　　　**September Term, 2023**

**1:22-sc-02144-BAH**

**Filed On:** September 19, 2023

In re: Sealed Case,

**BEFORE:**　Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the joint motion for a 17-day extension of time to respond to the September 5, 2023, order to show cause regarding unsealing the record in this case, it is

**ORDERED** that the motion be granted. The response is now due October 6, 2023.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Daniel J. Reidy
　　Deputy Clerk