# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3001**                                  **September Term, 2023**

1:22-sc-02144-BAH

**Filed On: October 31, 2023** [2024543]

In re: Sealed Case,

## M A N D A T E

In accordance with the judgment of September 5, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

          BY:      /s/
                          Daniel J. Reidy
                          Deputy Clerk

Link to the judgment filed September 5, 2023