[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 23-3001 (UNDER SEAL)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

IN THE MATTER OF THE SEARCH OF THE FORENSIC COPY OF THE
CELL PHONE OF REPRESENTATIVE SCOTT PERRY

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 22-sc-2144 (under seal)

---

**NOTICE OF APPEARANCE**

---

Please enter the appearance of John S. Irving of Earth & Water Law, LLC, as counsel for Appellant Representative Scott G. Perry in the above-referenced matter.

Dated: January 5, 2023

Respectfully Submitted,

E & W Law, LLC

  /s/ John S. Irving
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
(301) 807-5670
john.irving@earthandwatergroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2023, I electronically filed the foregoing Motion for Stay Pending Appeal with the Clerk for the United States Court of Appeals for the District of Columbia Circuit. I also transmitted the Motion via electronic mail to the following Government counsel:

Timothy A. (Tad) Duree
Joseph Cooney
Teresa McHenry

Respectfully submitted,

/s/ John S. Irving
John S. Irving (D.C. Bar No. 460068)

[NOT YET SCHEDULED FOR ORAL ARGUMENT]

No. 23-3001 (UNDER SEAL)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

IN THE MATTER OF THE SEARCH OF THE FORENSIC COPY OF THE
CELL PHONE OF REPRESENTATIVE SCOTT PERRY

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 22-sc-2144 (under seal)

**NOTICE OF APPEARANCE**

Please enter the appearance of John P. Rowley III of JPRowley Law PLLC, as counsel for Appellant Representative Scott G. Perry in the above-referenced matter.

Dated: January 5, 2023            Respectfully Submitted,

                                  JPRowley Law PLLC

                                    /s/ John P. Rowley III
                                  John P. Rowley III
                                  D.C. Bar No. 392629
                                  1701 Pennsylvania Avenue, N.W., Suite 200
                                  Washington, D.C. 20006
                                  (202) 525-6674
                                  john.rowley@jprowleylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2023, I electronically filed the foregoing Motion for Stay Pending Appeal with the Clerk for the United States Court of Appeals for the District of Columbia Circuit. I also transmitted the Motion via electronic mail to the following Government counsel:

    Timothy A. (Tad) Duree
    Joseph Cooney
    Teresa McHenry

                                                    Respectfully submitted,

                                                      /s/ John P. Rowley III
                                                     John P. Rowley III