APPEAL,CLOSED,SCA−SW,Sealed_Case

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:22−sc−02144−BAH *SEALED*

| | |
|---|---|
| FORENSIC COPY OF THE DEVICE IDENTIFIED IN ATTACHMENT A<br>Assigned to: Chief Judge Beryl A. Howell<br>Case in other court:  23−03001<br>Cause: Civil Miscellaneous Case | Date Filed: 08/18/2022<br>Date Terminated: 12/29/2022<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**In Re**

**FORENSIC COPY OF THE DEVICE IDENTIFIED IN ATTACHMENT A**

**Interested Party**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Thomas Windom**<br>555 Fourth Street NW<br>Washington, DC 20530<br>202−252−7846<br>Email: thomas.windom@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy Adam Duree**<br>U.S. DEPARTMENT OF JUSTICE<br>Money Laundering and Asset Recovery Section<br>1400 New York Avenue, NW<br>Washington, DC 20530<br>202−616−2660<br>Email: timothy.duree2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **REPRESENTATIVE SCOTT G. PERRY** | represented by | **John S. Irving , IV**<br>EARTH & WATER LAW LLC<br>1455 Pennsylvania Avenue, N.W., Suite 400<br>Washington, DC 20004<br>301−807−5670<br>Email: jirving1@verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John P. Rowley , III**<br>JPROWLEY LAW PLLC |

8639 Chase Glen Circle<br>
Fairfax Station, DC 22039<br>
(703) 402–8800<br>
Email: john.rowley@jprowleylaw.com<br>
*LEAD ATTORNEY*<br>
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/18/2022 | 1 | | APPLICATION for Search/Seizure Warrant by USA pursuant to 18 U.S.C. 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A)(zstd) (Entered: 08/18/2022) |
| 08/18/2022 | 2 | | MOTION to Seal Case by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 08/18/2022) |
| 08/18/2022 | 3 | | ORDER granting 2 Motion to Seal Case. Signed by Chief Judge Beryl A. Howell on August 18, 2022. Counsel has been notified electronically. (lcbah4) (Entered: 08/18/2022) |
| 08/18/2022 | 4 | | SEARCH WARRANT ISSUED BY Chief Judge Beryl A. Howell on August 18, 2022. Signed by Chief Judge Beryl A. Howell on August 18, 2022. Counsel has been notified electronically.(lcbah4) (Additional attachment(s) added on 10/17/2022: # 1 Exhibit) (zstd). (Entered: 08/18/2022) |
| 10/05/2022 | 5 | | NOTICE of Appearance by John P. Rowley, III on behalf of REPRESENTATIVE SCOTT G. PERRY. (zhsj) (Entered: 10/06/2022) |
| 10/05/2022 | 6 | | NOTICE of Appearance by John S. Irving, IV on behalf of REPRESENTATIVE SCOTT G. PERRY. (zhsj) (Entered: 10/06/2022) |
| 10/06/2022 | 7 | | MOTION for Extension of Time to Comply With the Conditions of the Search Warrant Issued on August 8, 2022 by REPRESENTATIVE SCOTT G. PERRY. (Attachments: # 1 Text of Proposed Order)(zhsj) (Entered: 10/06/2022) |
| 10/06/2022 | | | MINUTE ORDER: The Court ORDERS the government to file any response to Representative Scott G. Perry's 7 Motion for Extension of Time to Comply with the Conditions of the Search Warrant Issued on August 8, 2022 by October 11, 2022; and FURTHER ORDERS Rep. Perry to file any reply in support of his Motion by October 13, 2022. So ORDERED, by Acting Chief Judge James E. Boasberg on 10/6/2022. Counsel has been notified electronically.(znbn) (Entered: 10/06/2022) |
| 10/11/2022 | 8 | | Memorandum in opposition to 7 Motion for Extension of Time to filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(zstd) (Entered: 10/12/2022) |
| 10/13/2022 | | | NOTICE of Hearing on Motion. The parties shall take notice that a Motion Hearing on Representative Scott G. Perry's 7 MOTION for Extension of Time to Comply With the Conditions of the Search Warrant Issued on August 8, 2022, is scheduled for Tuesday, October 18, 2022, at 10:00 AM in Courtroom 22A– In Person before Chief Judge Beryl A. Howell. (ztg) (Entered: 10/13/2022) |
| 10/13/2022 | 9 | | REPLY to opposition to motion re 7 MOTION for Extension of Time to Comply With The Conditions Of The Search Warrant Issued On August 18, |

| | | |
|---|---|---|
| | | 2022. filed by REPRESENTATIVE SCOTT G. PERRY. (zstd) (Entered: 10/14/2022) |
| 10/14/2022 | | MINUTE ORDER (paperless), DIRECTING, upon consideration of REPRESENTATIVE SCOTT G. PERRY's 7 Motion for Extension of Time to Comply with the Conditions of the Search Warrant Issued on August 18, 2022 ("Perry's Mot."), and to facilitate evaluation of PERRY's request for further delay in complying with the court−ordered protocol, *see* 4 Search Warrant for PERRY's personal cell phone ("SUBJECT PHONE"), dated Aug. 18, 2022, Attachment C, that by October 17, 2022 at 3 PM, PERRY submit:<br><br>1. The total number of records on the SUBJECT PHONE that been reviewed and (a) withheld as subject to the Speech or Debate privilege; (b) determined not to be subject to the Speech or Debate privilege; (c) withheld on the basis of a privilege other than the Speech or Debate privilege; and (d) as to records in 1(c), identify the specific privilege and the number of records withheld for each such claimed privilege other than the Speech or Debate privilege.<br><br>2. The total number of records on the SUBJECT PHONE that have not been reviewed to date and have been withheld (a) as potentially subject to the Speech or Debate privilege; (b) as potentially subject to a privilege other than the Speech or Debate privilege; and (c) as to records in 2(b), identify the specific privilege and the number of records withheld for each such claimed privilege other than Speech or Debate privilege.<br><br>3. Clarify the apparent discrepancies in total numbers of documents, as set out in PERRY's Motion, which states, variously: (a) "a set of 14,489 documents requiring review for Speech or Debate privilege," Perry's Mot. at 5; (b) the color−coded chart with 17 categories of communications, totaling 21,496 documents, *id.* at 6; and (c) the "log of 12,318 documents" provided to the government on October 5, 2022 "as the documents that fell within the categories of information that counsel believed would be subject to the Speech or Debate privilege," *id.* at 7; *see also* [8−4] Gov't's Opp'n Ex. 4.<br><br>4. Identify the evidentiary privilege that PERRY believes would prevent the government from reviewing "otherwise personal and confidential" records, Perry's Mot. at 2, and "private communications with close family and friends," *id.* at 13, that otherwise fall within the scope of the Search Warrant. Signed by Chief Judge Beryl A. Howell on October 14, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 10/14/2022) |
| 10/14/2022 | | Set/Reset Deadlines: Response to Order of the Court due by 3:00 PM on 10/17/2022. (ztg) (Entered: 10/14/2022) |
| 10/17/2022 | 10 | RESPONSE TO ORDER OF THE COURT re Order dated 10/14/2022 filed by REPRESENTATIVE SCOTT G. PERRY. (zstd) (Entered: 10/17/2022) |
| 10/18/2022 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing held on 10/18/2022 re 7 MOTION for Extension of Time to Comply With the Conditions of the Search Warrant Issued on August 8, 2022, filed by REPRESENTATIVE SCOTT G. PERRY. (Order forthcoming). (Court Reporter Elizabeth Saint−Loth.) (ztg) (Entered: 10/18/2022) |

3

| | | | |
|---|---|---|---|
| 10/18/2022 | | | MINUTE ORDER (paperless) DIRECTING, upon consideration of the parties' briefing and arguments to the Court at the October 18, 2022, hearing on Representative Scott G. PERRY's 7 Motion for Extension of Time to Comply with the Conditions of the Search Warrant, that:<br><br>A. **By October 18, 2022 at 6 PM**, Rep. PERRY shall provide to the government: (1) a privilege log ("Oct. 18 Privilege Log") identifying each record by date, recipients, sender, and subject matter, as required under Attachment C to the 4 August 18, 2022 Search Warrant, for the 1,041 records he has reviewed and the 33 records in the "Notes" category of extracted information from his personal cell phone ("Subject Phone") that he believes are subject to the Speech or Debate Clause privilege; and<br>(2) submit to the government the following records which Rep. Perry does not claim are protected by the Speech or Debate Clause privilege: (a) 3,788 records already reviewed by Mr. Perry's counsel; (b) 1,076 records classified as "Junk" in the summary chart on page 6 of Rep. Perry's 7 Motion; (c) records contained in the 29 categories on page 4 – 5 of his 7 Motion, which he has not sought to review and which he concedes are unlikely to contain privileged materials; and (d) records from the "Notes" category of extracted information from the Subject Phone not subject to the Speech or Debate Clause privilege.<br><br>B. *By Friday, October 21, 2022, at noon, the GOVERNMENT shall file with the Court a submission addressing:*<br>*(1) which, if any, of the records identified on the Oct. 18 Privilege Log the government believes are not subject to the Speech or Debate Clause privilege; and*<br>*(2) whether (a) the Speech or Debate Clause privilege applies to communications found on the personal cell phone of a Member of Congress; (b) the presence of non−legislative third parties to communications otherwise subject to the Speech or Debate Clause privilege vitiates that privilege; (c) the crime−fraud exception is invoked here and, if so, applies to the Speech or Debate Clause privilege. By Monday, October 24, 2022, at 2 PM, Rep. PERRY shall file any opposition to the government's submission; and by Wednesday, October 26, 2022, at 2 PM, the government shall submit any reply.*<br><br>*C. Beginning Monday, October 24, 2022, Rep. PERRY shall conduct review, at a rate of 800 records per business day, of the remaining 9,660 records to determine whether he asserts the Speech or Debate Clause privilege as to any record. On Friday, October 28, 2022, and every Friday thereafter, until review of the extracted information from the Subject Phone is complete, Rep. Perry shall provide to the government a privilege log, as required under Attachment C to the 4 August 18, 2022 Search Warrant, identifying any record as to which he asserts the Speech or Debate Clause privilege. In the event that the government objects to the assertion of privilege as to any record, the parties shall confer on a briefing schedule and submit the dispute and proposed briefing schedule to the Court to resolve the dispute. Signed by Chief Judge Beryl A. Howell on October 18, 2022. Counsel has been notified electronically.*(lcbah4) (Entered: 10/18/2022) |
| 10/19/2022 | 11 | | JOINT MOTION to Modify Briefing Schedule by REPRESENTATIVE SCOTT G. PERRY, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 10/19/2022) |

| | | |
|---|---|---|
| 10/19/2022 | | MINUTE ORDER (paperless) GRANTING IN PART and DENYING IN PART Representative Scott G. PERRY's 7 Motion for Extension of Time to Comply with the Search Warrant, as reflected in the Court's Oct. 18, 2022 Minute Order and for the reasons stated on the record at the October 18, 2022 hearing on Rep. Perry's Motion. Signed by Chief Judge Beryl A. Howell on October 19, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 10/19/2022) |
| 10/19/2022 | | MINUTE ORDER (paperless) GRANTING the parties' 11 Joint Motion to Modify Briefing Schedule and AMENDING the SCHEDULING ORDER as follows, with all other deadlines remaining the same:<br><br>1. By Thursday, October 27, 2022, at 5 PM, the Government shall file with the Court a submission addressing: (1) which, if any, of the records identified on the Oct. 18 Privilege Log the Government believes are not subject to the Speech or Debate Clause privilege; and (2) whether (a) the Speech or Debate Clause privilege applies to communications found on the personal cell phone of a Member of Congress; (b) the presence of non−legislative third parties to communications otherwise subject to the Speech or Debate Clause privilege vitiates that privilege; and (c) the crime−fraud exception is invoked here and, if so, applies to the Speech or Debate Clause privilege.<br>2. By Monday, October 31, 2022, at 2 PM, Rep. Perry shall file any opposition to the Government's submission.<br>3. By Wednesday, November 2, 2022, at 2 PM, the Government shall submit any reply. Signed by Chief Judge Beryl A. Howell on October 19, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 10/19/2022) |
| 10/20/2022 | | MINUTE ORDER (paperless) DIRECTING the parties to confer and notify the Court, by October 26, 2022, as to how they would like to proceed in the parallel case filed in 22−mc−79, or whether, given the Scheduling Order issued and process underway in this case, Representative Scott G. PERRY intends to file a notice of dismissal in that docket. Signed by Chief Judge Beryl A. Howell on October 20, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 10/20/2022) |
| 10/20/2022 | 12 | MOTION to Partially Unseal for Purpose of Ordering Transcript by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 10/20/2022) |
| 10/20/2022 | | ORDER GRANTING the government's 12 Motion to Partially Unseal for Purposes of Ordering Transcript. Signed by Chief Judge Beryl A. Howell on October 20, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 10/20/2022) |
| 10/27/2022 | 13 | RESPONSE TO ORDER OF THE COURT (Brief Regarding The Inapplicability of The Speech or Debate Clause to Materials Seized from Rep. Perry) re Minute Order dated 10/19/2022 re. filed by UNITED STATES OF AMERICA. (zstd) (Entered: 10/27/2022) |
| 10/31/2022 | 15 | RESPONSE re 13 Brief Regarding The Inapplicability of The Speech or Debate Clause filed by REPRESENTATIVE SCOTT G. PERRY. (zstd) (Entered: 11/01/2022) |
| 11/02/2022 | 17 | REPLY re 13 Brief Regarding The Inapplicability of the Speech or Debate Clause to Materials Seized from Rep. Perry filed by UNITED STATES OF |

5

| | | | |
|---|---|---|---|
| | | | AMERICA. (zstd) (Entered: 11/02/2022) |
| 11/04/2022 | 18 | | MEMORANDUM OPINION and ORDER Regarding the Applicability of the Speech or Debate Clause to the Contents of Rep. Perry's Cell Phone. See Order for further details. Signed by Chief Judge Beryl A. Howell on November 4, 2022. Counsel have been notified electronically.(lcbah4) Modified title on 11/7/2022 (ztg). (Entered: 11/04/2022) |
| 11/14/2022 | 19 | | Objection to Rep. Perry's Speech Or Debate Privilege Assertions and Request for Court Review by UNITED STATES OF AMERICA (Attachments: # 1 Copy of EarthWater– Scott Perry– Tagged SD Yes–1041 docs, # 2 Copy of 20221028_ EarthWater– Scott Perry– Tagged SD Yes– 79 docs, # 3 20221104_S&D Yes Log, # 4 20221111_S&D Yes Log)(zstd) (Entered: 11/15/2022) |
| 11/15/2022 | 20 | | RESPONSE re 19 Government's Objection to Rep. Perry's Speech Or Debate Privilege Assertions and Request for Court Review filed by REPRESENTATIVE SCOTT G. PERRY. (zhsj) (Entered: 11/16/2022) |
| 11/16/2022 | | | MINUTE ORDER (paperless) GRANTING, in part, Rep. Perry's unopposed 20 Request for Modification ("Perry Mot.") of the Court's 18 November 4, 2022, Order ("Privilege Order"); MODIFYING the previously entered scheduling order; and ISSUING, in accord with the parties agreed–to schedule and Rep. Perry's proposed modifications, *see* Perry Mot. at 7–8, the following SCHEDULING ORDER: <br><br>(1) By Friday, November 18, 2022, Rep. Perry will provide the government with (a) any records and communications for which he no longer asserts privilege under the Speech or Debate Clause ("Clause"), and (b) a revised privilege log in an excel spreadsheet for those records and communications that he continues to assert are privileged, with all communications and records categorized per item 2(a) of the Privilege Order, *see* 18 Privilege Order at 12 ("(1) communications with cybersecurity individuals, (2) communications with other Members of Congress and staff, (3) communications with executive branch officials, (4) communications with Trump Campaign officials, and (5) communications with Pennsylvania State legislators"), and with notes providing relevant context for those communications and records; and <br><br>(2) By Monday, November 28, 2022, at 5:00 PM, Rep. Perry will provide the Court with the following: <br><br>a. An excel spreadsheet listing all communications and records that Rep. Perry continues to assert are privileged under the Clause, with each entry including the following: <br>(1) columns containing the data fields listed in item 2(c) of the Privilege Order, *see* 18 Privilege Order at 12 ("i. exhibit number ii. Bates number(s), if any iii. document type (i.e., text, email, Notes app file) iv. date v. recipient(s) vi. sender vii. proposed category, and viii. any additional information concerning the communication, if necessary"); <br>(2) a column categorizing that communication or record by the categories outlined in item 2(a) of the Privilege Order; and <br>(3) a column entitled "Notes," with each entry providing context or further explanation for the corresponding documents or communications; and |

| | | |
|---|---|---|
| | | b. PDF copies of each communication and record that Rep. Perry asserts are privileged under the Clause, sorted and categorized into electronic folders outlined in item 2(a) of the Privilege Order and, within each folder, sorted chronologically with Relativity Control Numbers stamped on the documents; and<br><br>c. A motion for nondisclosure to the government, explaining the key topics that the communications and records relate to and providing the basis for Rep. Perry's assertion for privilege under the Clause with respect to each topic. Signed by Chief Judge Beryl A. Howell on November 16, 2022. Counsel have been notified electronically.(lcbah4) (Entered: 11/16/2022) |
| 11/28/2022 | 21 | MOTION for Nondisclosure to the Executive Branch of Information Protected by the Speech or Debate Clause of the United States Constitution by REPRESENTATIVE SCOTT G. PERRY. (zhsj) (Entered: 11/28/2022) |
| 12/16/2022 | 23 | NOTICE of filing a submission communicated to the Court through email by the government on December 16, 2022 by UNITED STATES OF AMERICA (ztg) (Entered: 12/16/2022) |
| 12/28/2022 | 24 | ORDER GRANTING IN PART and DENYING IN PART Rep. Perry's 21 Motion for Nondisclosure to the Executive Branch of Information Protected by the Speech or Debate Clause of the United States Constitution. See order for further details. Signed by Chief Judge Beryl A. Howell on December 28, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 12/28/2022) |
| 12/28/2022 | 25 | MEMORANDUM OPINION regarding Rep. Perry's 21 Motion for Nondisclosure to the Executive Branch of Information Protected by the Speech or Debate Clause of the United States Constitution. Signed by Chief Judge Beryl A. Howell on December 28, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 12/28/2022) |
| 12/29/2022 | | MINUTE ORDER (paperless) DIRECTING the parties to submit any future sealed filing in this matter to DCD_CMECF_CRSpecial@dcd.uscourts.gov for docketing, with a courtesy copy emailed to Howell_Chambers@dcd.uscourts.gov. Signed by Chief Judge Beryl A. Howell on December 29, 2022. Counsel has been notified electronically.(lcbah4) (Entered: 12/29/2022) |
| 12/30/2022 | 26 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 24 Order on Motion for Nondisclosure by REPRESENTATIVE SCOTT G. PERRY. Fee Status: No Fee Paid. Parties have been notified. (zstd) (Entered: 01/02/2023) |
| 12/30/2022 | 27 | EMGERENGY MOTION to Stay re 24 Order on Motion for Nondisclosure by REPRESENTATIVE SCOTT G. PERRY. (Attachments: # 1 Memorandum of Law in Support)(zstd) (Entered: 01/02/2023) |
| 12/31/2022 | | MINUTE ORDER (paperless) ISSUING the following SCHEDULING ORDER: (1) by Tuesday, January 3, 2023 at 5:00 PM, the government shall file any response to Rep. Perry's Emergency Motion to Stay Pending Appeal, which motion was submitted to Chambers on December 30, 2023 at 10:31 PM and may not be docketed until January 3, 2023, and (2) by January 4, 2023 at 10:00 AM, Rep. Perry shall file any reply. Signed by Chief Judge Beryl A. Howell on December 31, 2022. Counsel has been notified electronically.(lcbah4) Modified |

| | | | |
|---|---|---|---|
| | | | to correct typo on 1/3/2023 (ztg). (Entered: 12/31/2022) |
| 01/02/2023 | 28 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 26 Notice of Appeal to DC Circuit Court. (zstd) (Entered: 01/02/2023) |
| 01/03/2023 | 29 | | Memorandum in opposition to re 27 Emergency Motion for Stay Pending Appeal filed by UNITED STATES OF AMERICA. (zstd) (Entered: 01/04/2023) |
| 01/04/2023 | 30 | | REPLY to opposition to motion re 27 Emergency Motion for Stay Pending Appeal filed by REPRESENTATIVE SCOTT G. PERRY. (zstd) (Entered: 01/04/2023) |
| 01/04/2023 | | | USCA Case Number 23−3001 for 26 Notice of Appeal to DC Circuit Court filed by REPRESENTATIVE SCOTT G. PERRY. (zstd) Modified to correct USCA case number on 1/5/2023 (zstd). (Entered: 01/04/2023) |
| 01/04/2023 | 31 | | MEMORANDUM OPINION & ORDER DENYING Rep. Perry's 27 Emergency Motion to Stay. See order for further details. Signed by Chief Judge Beryl A. Howell on January 4, 2023. Counsel has been notified electronically. (lcbah4) Modified on 1/5/2023 (ztg). (Entered: 01/04/2023) |
| 01/05/2023 | 32 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 31 Order on Motion to Stay, 26 Notice of Appeal to DC Circuit Court ;USCA Case Number 23−3001. (zstd) (Entered: 01/05/2023) |
| 01/05/2023 | | | USCA Appeal Fees received $ 505 receipt number 203754 re 26 Notice of Appeal to DC Circuit Court filed by REPRESENTATIVE SCOTT G. PERRY (zstd) (Entered: 01/09/2023) |
| 01/06/2023 | | | MINUTE ORDER (paperless) DIRECTING the parties to file, by February 3, 2023, a joint status report advising the Court whether any filings on the currently sealed docket may be unsealed, in whole or in part with redactions, including, in particular, the following:<br><br>(1) Memorandum Opinion & Order, dated November 4, 2022, ECF No. 18;<br>(2) Order, dated December 28, 2022, ECF No. 24;<br>(3) Memorandum Opinion, dated December 28, 2022, ECF No. 25; and<br>(4) Memorandum Opinion & Order, dated January 4, 2023, ECF No. 31. Signed by Chief Judge Beryl A. Howell on January 6, 2023. Counsel has been notified electronically. (lcbah4) (Entered: 01/06/2023) |
| 01/09/2023 | | | Set/Reset Deadlines: Response to Order of the Court due by 2/3/2023. (ztg) (Entered: 01/09/2023) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Timothy Adam Duree (timothy.duree2@usdoj.gov), Thomas Windom
(thomas.windom@usdoj.gov), Chief Judge Beryl A. Howell (bah_dcdecf@dcd.uscourts.gov,
teresa_gumiel@dcd.uscourts.gov)
--Non Case Participants: Alison E. Grossman (alison_grossman@cadc.uscourts.gov), Clerk of
Court, US Court of Appeals (dcnoa@cadc.uscourts.gov)
--No Notice Sent:

Message-Id:8103008@dcd.uscourts.gov
Subject:Activity in Case 22-2144 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 1/9/2023 at 4:24 PM EDT and filed on 1/5/2023

**Case Name:**        FORENSIC COPY OF THE DEVICE IDENTIFIED IN ATTACHMENT A

**Case Number:**      1:22-sc-02144-BAH *SEALED*

**Filer:**

**WARNING: CASE CLOSED on 12/29/2022**

**Document Number:**  No document attached

**Docket Text:**
 **USCA Appeal Fees received $ 505 receipt number 203754 re [26] Notice of Appeal to DC Circuit Court filed by REPRESENTATIVE SCOTT G. PERRY (zstd)**


**1:22-sc-02144-BAH *SEALED* Notice has been electronically mailed to:**

Timothy Adam Duree    timothy.duree2@usdoj.gov

Thomas Windom    thomas.windom@usdoj.gov

**1:22-sc-02144-BAH *SEALED* Notice will be delivered by other means to::**

---

*REDACTED NOTICE FOLLOWS*

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

**viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2023 at 4:24 PM EDT and filed on 1/5/2023

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | <u>22–2144</u> (Requires CM/ECF login) |
| **Filer:** | Redacted |

**WARNING: CASE CLOSED on 12/29/2022**

**Document Number:** No document attached

**Docket Text:**
**Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available <u>here</u>.** (Requires CM/ECF login)