ORAL ARGUMENT SCHEDULED FOR FEBRUARY 23, 2023

No. 23-3001 (UNDER SEAL)

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

IN THE MATTER OF THE SEARCH OF THE FORENSIC COPY OF THE
CELL PHONE OF REPRESENTATIVE SCOTT PERRY

On Appeal from the United States District Court
for the District of Columbia
Case No. 22-sc-2144 (under seal)

**NOTICE OF APPEARANCE**

Please enter the appearance of Stan M. Brand and Stanley E. Woodward, Jr., of the law firm Brand Woodward, LP, as co-counsel for Appellant Representative Scott G. Perry in the above-referenced matter.

Dated: January 27, 2023          Respectfully Submitted,

                                 BRAND WOODWARD LAW, LP

                                  */s/ Stan M. Brand*
                                 Stan M. Brand (D.C. Bar No. 213082)
                                 Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                 1808 Park Road NW
                                 Washington, DC  20010
                                 202-996-7447 (telephone)
                                 202-996-0113 (facsimile)
                                 Stanley@BrandWoodwardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit via email on January 27, 2023, and further that service will be accomplished by email to the following counsel for Appellee:

John M. Pellettieri
Assistant Special Counsel
jmp@usdoj.gov
(202) 714-3913

                                          Respectfully submitted,

                                          */s/ John P. Rowley III*
                                          John P. Rowley III
                                          *Counsel for Appellant*