# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re: Sealed Case

v.

**Case No:** 23-3001

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the  ◯ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. House of Representatives

### Counsel Information

Lead Counsel: Matthew B. Berry

Direct Phone: (202) 225-9700  Fax: (202) 226-1360  Email: matthew.berry@mail.house.gov

2nd Counsel: Brooks M. Hanner

Direct Phone: (202) 225-9700  Fax: (202) 226-1360  Email: brooks.hanner@mail.house.gov

3rd Counsel: Sarah E. Clouse

Direct Phone: (202) 225-9700  Fax: (202) 226-1360  Email: sarah.clouse@mail.house.gov

Firm Name: Office of General Counsel, U.S. House of Representatives*

Firm Address: 5140 O'Neill House Office Building

Firm Phone: (202) 225-9700  Fax: (202) 226-1360  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

\*  Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).