

**U.S. Department of Justice**

Office of Special Counsel

---

*Washington, D.C. 20530*

September 12, 2023

Honorable Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001

    Re:   *In re Sealed Case*, No. 23-3001

Dear Mr. Langer:

    On September 5, 2023, the Court issued a sealed opinion in the above-referenced matter and entered an order directing the parties to show cause, on or before September 12, 2023, why the opinion should not be unsealed. In compliance with the Court's order, the government informs the Court that it does not oppose unsealing the panel's opinion without redactions. In addition, consistent with the Court's admonition that the parties are encouraged to provide a joint response, counsel for Representative Scott Perry has authorized the government to inform the Court that Rep. Perry also does not oppose unsealing the opinion without redactions.

                                                       Respectfully submitted,

                                      By:    /s/*John M. Pellettieri*
                                                     John M. Pellettieri
                                                     Assistant Special Counsel
                                                     950 Pennsylvania Avenue, NW
                                                     Washington, D.C. 20530

cc:    John P. Rowley, Esq.
        John S. Irving, Esq.