# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| In re: Sealed Case ) ) ) ) ) | Case No. 23-3001<br><br>FILED UNDER SEAL |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

The United States respectfully moves this Court to enter an order extending the date to respond to the Court's order to show cause by 17 days, to October 6, 2023. In support of this motion, the government states the following:

1.　On September 5, 2023, the Court issued a sealed opinion in the above-referenced matter and entered an order directing the parties to show cause, on or before September 19, 2023, "why the sealed portions of the record of this case, excepting appellant's *ex parte* supplement, should not be unsealed." The Court "strongly encouraged" the parties to "submit a joint response." The Court also directed the parties to provide explanations for proposed redactions.

2.　Complying with the Court's order will require additional time. The government will need to review the documents in the record, identify potential redactions, and provide an explanation for redactions. The government will also need to confer and coordinate with counsel for appellant

- 2 -

to comport with the Court's admonition that the parties should endeavor to submit a joint response.

3. Counsel for appellant has authorized the government to inform the Court that appellant joins this request for a 17-day extension.

Wherefore, the United States respectfully requests that the Court grant this motion for a 17-day extension, until October 6, 2023, to respond to the Court's order to show cause.

                              Respectfully submitted,

                              */s/ John M. Pellettieri*
                              John M. Pellettieri
                              Assistant Special Counsel
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530

- 3 -

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response satisfies the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), because it contains 419 words. The foregoing also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Office Word in Calisto MT 14-point font, a proportionally spaced typeface.

                                                  */s/ John M. Pellettieri*  
                                                 John M. Pellettieri  
                                                 Assistant Special Counsel

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit on September 14, 2023. I certify that service will be accomplished by email to counsel for appellant, Representative Scott Perry by email.

                                        */s/ John M. Pellettieri*
                                        John M. Pellettieri
                                        Assistant Special Counsel