# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **In re: Sealed Case** | ) | **Case No. 23-3001** |
| | ) | |
| | ) | |

## RESPONSE TO ORDER

As directed by the Court, the government hereby files on the public docket redacted version of the records identified in the Court's order dated November 29, 2023. The 13 attachments to this response correspond to the 13 records identified in the Court's order.

Respectfully submitted,

/s/ *John M. Pellettieri*
John M. Pellettieri
Assistant Special Counsel
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response satisfies the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), because it contains 43 words. The foregoing also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Office Word in Calisto MT 14-point font, a proportionally spaced typeface.

/s/ *John M. Pellettieri*
John M. Pellettieri
Assistant Special Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed the foregoing motion with the Clerk of the Court of the U.S. Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ *John M. Pellettieri*
John M. Pellettieri
Assistant Special Counsel