# Attachment 7



U.S. Department of Justice

Office of Special Counsel

_Washington, D.C. 20530_

February 1, 2023

Honorable Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001

    Re: *In re Sealed Case*, No. 23-3001

Dear Mr. Langer:

    After Representative Scott G. Perry and the General Counsel of the House of Representatives filed motions for the House to obtain access to the sealed record in this case, the government informed the Court that it intended to file a motion in the district court requesting partial unsealing of the documents that Rep. Perry identified as those that he believes would be sufficient to permit the House to determine whether to participate in this appeal as amicus curiae. The district court ordered the unsealing of the documents identified in the government's motion, with redactions, and the government has provided the order and the redacted documents to Todd Tatelman, Deputy General Counsel of the House of Representatives. The district court's order is attached. The government is prepared upon request to provide the Court with the redacted documents listed in the order as well. The district court's order giving the House access to these documents should make the broader, untargeted unsealing previously sought by Rep. Perry and the House unnecessary.

    The government respectfully requests that you provide this letter to the panel that will rule on the motions filed by Rep. Perry and House Counsel.

                                      Respectfully submitted,

                                   By:   */s/ John M. Pellettieri*
                                            John M. Pellettieri
                                            Assistant Special Counsel

cc:    John P. Rowley, Esq.
        John S. Irving, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF THE FORENSIC COPY OF THE CELL PHONE OF REPRESENTATIVE SCOTT PERRY

Case No. 22-sc-2144

Chief Judge Beryl A. Howell

**UNDER SEAL**

**ORDER**

Upon consideration of the government's Motion for Limited Unsealing ("Gov't's Mot."), ECF No. 34, which explains that respondent Representative Scott Perry has appealed this Court's order, dated December 28, 2022, to the U.S. Court of Appeals for the District of Columbia Circuit and that pending in the same matter before the appellate court is Rep. Perry's motion "to permit House counsel and certain associated individuals to access the sealed record in the matter before this Court in order to determine whether to participate as amicus curiae," and a motion by Counsel to the United States House of Representatives "to access the sealed record . . . to determine whether to participate as amicus curiae," Gov't's Mot. at 1, and **FINDING** that the government has satisfied the requirements for disclosure of a grand jury matter, pursuant to FED. R. CRIM. P. 6(e)(3)(E)(i), see *Mckeever v. Barr*, 920 F.3d 842, 850 (D.C. Cir. 2019) (holding that "the district court has no authority outside of Rule 6(e) to disclose grand jury matter"); see also *In re Capitol Breach Grand Jury Investigations Within D.C.*, 339 F.R.D. 1, 23 (D.D.C. 2021) (outlining requirements for disclosure of grand-jury matter preliminarily to or in connection with a judicial proceeding); *United States v. Sells Eng'g, Inc.*, 463 U.S. 418, 443 (1983) (construing Rule 6(e)(3)(E)(i) "to require a strong showing of particularized need for grand jury materials before any disclosure will be permitted"), it is hereby—

1

**ORDERED** that the government's Motion for Limited Unsealing, ECF No. 25, is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that the government's proposed redactions as to page 1 of the Court's November 4, 2022, Memorandum and Order, ECF No. 18, *see* Gov't's Mot., Ex. 4, ECF No. 34-5, is **DENIED**, with further disclosure required on page 1 as follows: (1) in the first paragraph, disclose the first sentence and the accompanying citation; (2) also in the first paragraph, disclose the last two sentences; it is further

**ORDERED** that the government's proposed redactions as to documents docketed at ECF Nos. 13, 15, 17, 19, 21, 24, 25, 27, 27-1, 29, 30, 31, and ECF No. 18 at pages 2–13, *see* Gov't's Mot., Exs. 1-12, ECF Nos. 34-2 through 34-13, are **GRANTED**; it is further

**ORDERED** that the government disclose, by February 1, 2023 at 5:00 PM, this Order and the redacted versions of the documents identified above and referenced in the table below to Todd Tatelman, Acting General Counsel for the United States House of Representatives; it is further

**ORDERED** that Mr. Tatelman is authorized to provide this Order and the redacted documents outlined above, and in the table below, to the following individuals:

- The Honorable Kevin McCarthy, Speaker of the House;
- The Honorable Steve Scalise, Majority Leader;
- The Honorable Tom Emmer, Majority Whip;
- The Honorable Hakeem Jeffries, Democratic Leader;
- The Honorable Katherine Clark, Democratic Whip;
- Sarah E. Clouse, Associate General Counsel;
- Brooks M. Hanner, Associate General Counsel;
- ▮▮▮▮▮▮▮▮, Law Clerk, Office of General Counsel;

2

- ███████████, Law Clerk, Office of General Counsel;

- Machalagh Carr, General Counsel to Speaker McCarthy;

- Ashley Callen, Counsel to Majority Leader Scalise;

- Jason Rogers, Counsel to Majority Whip Emmer;

- Zoe Oreck, Counsel to Democratic Leader Jeffries; and

- Diana Rudd, Senior Counsel to Democratic Whip Clark; it is further

**ORDERED** that the attorneys of record shall restrict disclosure of this proceeding, including disclosure of any papers and orders filed in this proceeding, to their clients and to those individuals adjudged by the attorneys as necessary to litigate the issues presented; and it is further

**ORDERED** that any person to whom disclosure is made in accordance with this Order be provided with a copy of this Order.

### TABLE OF REDACTED DOCUMENTS FOR DISCLOSURE

| ECF No. | Date | Description |
| --- | --- | --- |
| 13 | 10/27/2022 | Government's Brief Regarding the Inapplicability of the Speech or Debate Clause to Materials Seized from Rep. Perry |
| 15 | 10/31/2022 | Rep. Perry's Response to the Government's Brief Regarding the Applicability of the Speech or Debate Clause |
| 17 | 11/02/2022 | Government's Reply Brief Regarding the Inapplicability of the Speech or Debate Clause to Materials Seized from Rep. Perry |
| 18 | 11/04/2022 | Memorandum Opinion and Order |
| 19 | 11/14/2022 | Government's Objections to Rep. Perry's Privilege Assertions |
| 21 | 11/28/2022 | Rep. Perry's Motion for Non-disclosure. |
| 24 | 12/28/2022 | Order granting in part and denying in part Rep. Perry's Motion for Non-Disclosure |
| 25 | 12/28/2022 | Memorandum Opinion |

| 27 | 12/30/2022 | Rep. Perry's Motion to Stay |
| 27-1 | 12/30/2022 | Rep. Perry's Memorandum in Support of his Motion to Stay |
| 29 | 01/03/2022 | Government's Opposition to Rep. Perry's Motion to Stay |
| 30 | 01/04/2023 | Rep. Perry's Reply to the Government's Opposition to his Motion to Stay |
| 31 | 01/04/2023 | Order denying Motion to Stay |

**SO ORDERED.**

Date: January 31, 2023

BERYL A. HOWELL
CHIEF JUDGE