**No. 23-3001**  **September Term, 2023**

1:22-sc-02144-BAH

**Filed On:** February 9, 2024

In re: Sealed Case,

      **BEFORE:** Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the joint response to the November 29, 2023 order and attached redacted records filed December 14, 2023 ("Joint Response"); and the joint motion to maintain the sealed notice of appeal under seal, except for the two-page notice of appeal filed by Representative Perry in district court on December 30, 2022 ("Joint Motion"), it is

**ORDERED** that the Joint Response, the Joint Motion, and this order be unsealed. It is

**FURTHER ORDERED** that the Joint Motion be granted.

The Clerk is directed to unseal the Joint Response and the Joint Motion and to file both on the public docket; to docket on the public docket a redacted version of the sealed notice of appeal that unseals the two-page notice of appeal filed by Representative Perry in district court on December 30, 2022; and to file this order on the public docket.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

    BY: /s/
            Daniel J. Reidy
            Deputy Clerk