# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3001**  **September Term, 2022**

**1:22-sc-02144-BAH**

**Filed On:** February 16, 2023

In re: Sealed Case,

      **BEFORE:**   Henderson, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion of the Reporters Committee for Freedom of the Press ("Reporters Committee") to unseal judicial records, the responses thereto, and the reply, it is

**ORDERED** that the motion be granted in part. Oral argument on Thursday, February 23, 2023, will proceed first in open session, followed by a session closed to the public. During the public session of the argument, the parties should be prepared to discuss the following issues:

(1) Whether this court has jurisdiction under 28 U.S.C. § 1291, the collateral order doctrine, mandamus, or some other theory;

(2) Whether the Speech or Debate Clause of the Constitution protects informal legislative fact-finding by individual members of Congress in the absence of official authorization; and

(3) Whether the Speech or Debate Clause's non-disclosure privilege extends to communications between members of Congress and either private parties or members of the Executive Branch.

It is **FURTHER ORDERED** that consideration of the Reporters Committee's request to unseal the orders and filings in this appeal be deferred pending further order of the court.

**Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk